| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Amanda G. Billyard (256838)<br>Financial Relief Law Center<br>1200 Main Street, Suite G<br>Irvine, CA 92614<br>Phone: (714) 442-3349<br>Facsimile: (714) 361-5392<br>Email: abillyard@lawcenter.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 27 2016**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell  DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>David Chapman and<br>Donna Kaye Chapman<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-20052-RK<br>CHAPTER: 7<br><br>**ORDER ☐ GRANTING ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*):  PRECISION RECOVERY ANALYTICS, INC.

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☒ Notice of this Motion complied with LBR 9013-1(d).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                          **F 4003-2.1.AVOID.LIEN.RP.ORDER**

2.  ☒  Notice of this Motion complied with LBR 9013-1(o).

   a.  ☒  There was no opposition and request for hearing.

   b.  ☐  Hearing requested and held as indicated in the caption.

3.  The real property to which this order applies is as follows:

   a.  Street address (*specify*): 4023 N. Virginia Road, Long Beach, CA 90807

   b.  Legal description (*specify*):                                               ☐ See attached page
   THAT PORTION OF LOW 3, BLOCK 19 OF TRACT 1225, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 20 PAGE(S) 174 AND 175 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

   BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 3: THENCE, NORTH 21 DEGREES 07 MINUTES WEST ALONG THE EASTERLY LINE OF SAID LOT, 93 FEET: THENCE SOUTH 70 DEGREES 30 MINUTES 20 SECONDS WEST 48.61 FEET; THENCE SOUTH 82 DEGREES 32 MINUTES 33 SECONDS WEST 129.68 FEET, MORE OR LESS, TO A POINT IN THE WESTERLY LINE OF SAID LOT 3, DISTANT NORTHWESTERLY 60.11 FEET FROM THE SOUTHWESTERLY CORNER OF SAID LOT; THENCE SOUTHERLY AND EASTERLY ALONG THE WESTERLY AND SOUTHERLY LINE OF SAID LOT 3 TO THE POINT OF BEGINNING.

   EXCEPTING THEREFROM; ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS OR RIGHTS TO WATER, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF 100 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED AUGUST 18, 1958 IN BOOK D189 PAGE 37, OFFICIAL RECORDS.

   A.P.N. 7139-017-007

4.  Recording information regarding lien to be avoided:

   a.  Date of recordation of lien (*specify*) 9/6/2011

   b.  Recorder's instrument number or map/book/page number (*specify*): 20111203781

5.  ☐  Motion granted:

   a.  ☐  The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b.  ☐  The judicial lien is void and unenforceable:

      (1)  ☐  In its entirety

      (2)  ☐  In the following amount *only*: $ _____.  The balance of $ _____ remains a valid and enforceable lien against the property.

6.  ☒  Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

   a.  ☐  Insufficient notice

   b.  ☐  Insufficient evidence of the exempt status of the property in question

   c.  ☐  Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d.  ☒  Insufficient evidence of fair market value. **A Zillow.com opinion by unknown parties with unknown qualifications is neither admissible nor credible evidence of valuation of the subject property, and neither is the opinion of the lay owners unless there is a detailed explanation of how they arrived at the valuation based on scientifically accepted principles (i.e., sales comparable analysis). Fed.**

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 2                          F 4003-2.1.AVOID.LIEN.RP.ORDER

      **R. Evid. 701;** *In re Meeks*, **349 B.R. 19, 22 (Bankr. E.D. Cal. 2006); 2 Russell, Bankruptcy Evidence Manual, Section 701.2 at 845 (2015-2016). This court generally requires an appraisal by a certified appraiser or a licensed real estate broker or agent in a declaration under penalty of perjury based on an appropriate sales comparable analysis to support a lien avoidance motion under 11 U.S.C. 522(f).**

e. ☐ Motion is incomplete.

f. ☒ Other (*specify*): **Movants failed to tab copies of their exhibits attached to the Judge's copy of the motion and declaration that no party requested a hearing on motion as required by Local Bankruptcy Rule 5005-2(d)(1).**

7. ☒ The court further orders as follows (*specify*): **The court grants leave to Debtors to file an amended motion which corrects these deficiencies within 60 days of entry of this order.**

    ☐ See attached page

//
//

7. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: September 27, 2016

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 3   F 4003-2.1.AVOID.LIEN.RP.ORDER